ACCEPTED
03-14-00601-CV
3967341
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 2:14:38 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00601-CV

| | | |
|---|---|---|
| ESTRELLA MONTOYA | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | THIRD DISTRICT OF TEXAS |
| | § | |
| CHARLES R. HOLLY, JR. | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 2:14:38 PM
JEFFREY D. KYLE
Clerk

## JOINT STATUS REPORT

COME NOW, Plaintiff, Estrella Montoya, by and through her attorney of record; and Charles R. Holly, Jr., by and through his attorney of record; and files the following Joint Status Report as requested by the Court on January 22, 2015.

1. A notice of appeal was filed on December 12, 2014 by Plaintiff.

2. Following this date, the parties reached a settlement agreement which resolved all claims brought by Plaintiff against Defendant.

3. On December 8, 2014, Defendant forwarded to Plaintiff the settlement funds, settlement release and dismissal document (Notice of Non-Suit).

4. Plaintiff received stated documents on December 11, 2014.

5. Plaintiff fully executed the Settlement Agreement on January 16, 2015 and returned the same to Defendant.

6. Plaintiff's counsel fully executed the Notice of Non-Suit and returned the same to Defendant for filing on January 16, 2015.

7. Plaintiff's Notice of Non-Suit of all claims against Defendant was filed and accepted by the trial court on January 19, 2015. The parties attach a copy of the same hereto as Exhibit "A" for the Court's reference.

8. Therefore, as all issues amongst and between the parties have been fully resolved, Plaintiff by and through counsel here does state that no need for appeal is current and counsel for Plaintiff wishes to remove this cause from the Honorable Third District Appeals Court docket.

9. Finally, counsel for Defendant wishes to notify this Court that attorney Nancy Carlson is no longer with the office that represents Defendant. As the case was resolved and closed with the trial court, Defendant did not file a designation of lead counsel. Therefore please accept this as confirmation of the new attorney (within the same office) to represent Defendant. Also, the address for the law office has changed and notification of new addresses were provided at the trial court level. The updated address and email information is contained within the below signature line for counsel for Defendant.

WHEREFORE, PREMISES CONSIDERED, the parties do hereby respectfully request that this Court take notice of its Joint Status Report, and remove/dismiss this matter from the Honorable Third District Appeals Court docket. The parties make themselves available as necessary for any additional information the Court requests or requires to finalize this matter.

Respectfully submitted:

LAW OFFICE OF SCOTT P. OGLE

By: _____
Scott P. Ogle
State Bar No.: 00797170
2028 West Ben White Blvd.
Austin, Texas 78704
Telephone: (512) 442-8833
Facsimile: (512) 442-3256
Email: soglelaw@peoplepc.com

ATTORNEY FOR PLAINTIFF, ESTRELLA MONTOYA

LAW OFFICE OF JUNELLA REESE

By: _Junella Reese_____
Junella G. Reese
State Bar No. 24045015
One Technology Center, 7411 John Smith
Drive, Suite 906
San Antonio, TX 78229
Telephone: (210) 610-3930
Telecopier: (210) 610-3959
Email: jreese4@progressive.com
E-Service Email:
SanAntonioHC@progressive.com

ATTORNEY FOR DEFENDANT,
CHARLES HOLLEY